No. 01–10805. WAITE *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 01–10806. BUSHELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10807. CHAVEZ *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 01–10808. COLE *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 01–10809. COOK *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–10811. CYRUS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–10812. DRISKELL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–10813. SINKFIELD *v.* OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 01–10815. WAGGONER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10816. M. C.-B., MOTHER *v.* IOWA; and
No. 01–10890. D. B., FATHER *v.* IOWA. Ct. App. Iowa. Certiorari denied.

No. 01–10818. MURPHY *v.* MARTIN ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–10819. PEARSON *v.* STONE. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 01–10820. PROSSER *v.* STUBBLEFIELD, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–10821. THOMAS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–10822. LACAZE *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.